USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENISA ANGELES, on behalf of herself and all
others similarly situated,

                                     Civil Action No. 1:20-cv-7681
                                     (ALC) (KHP)

                Plaintiffs,

          v.                                       **STIPULATED**
                                           **NOTICE OF DISMISSAL**
ARBOR SNOWBOARDS, INC.,                       **WITH PREJUDICE**

                Defendant.
-----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice, without costs or fees payable to either party. This stipulation may be executed in counterparts and facsimile or electronic execution hereof shall have the same effect and be treated as original. The Parties request that the Court So Order same.

Dated:     New York, New York
             October 22, 2020


STEIN SAKS, PLLC                                  RIVKIN RADLER LLP
Attorneys for Plaintiffs                              Attorneys for Defendant


By: _____        By: _____
     David P. Force, Esq.                          Nancy A. Del Pizzo, Esq.
285 Passaic Street                                    25 Main Street, Suite 501
Hackensack, New Jersey 07601               Court Plaza North
Phone: (201) 282-6500                           Hackensack, New Jersey 07601
                                                         Phone: (201) 287-2460


                                                           _____
**SO ORDERED:**                                 **HON. ANDREW L. CARTER, JR., U.S.D.J.**

Dated: ____November 10, 2020_____